AO 106 (Rev. 04/10)  Application for a Search Warrant (Modified: WAWD 10-26-18)

# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington

| | FILED | LODGED |
| | RECEIVED | |

**Mar 17, 2023**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No.  **MJ23-5083**
Information Associated with Certain Cellular Towers )
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is incorporated herein by reference

located in the _____ Western _____ District of _____ Washington _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which is incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

❏ contraband, fruits of crime, or other items illegally possessed;

❏ property designed for use, intended for use, or used in committing a crime;

❏ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1366 | Damage to Energy Facility |
| 18 USC 371 | Conspiracy |

The application is based on these facts:

✓ See Affidavit of Special Agent Samuel Wharton continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Pursuant to Fed. R. Crim. P. 4.1, this warrant is presented: ☑ by reliable electronic means; or ☐ telephonically recorded.

_____
*Applicant's signature*

Samuel Wharton, Special Agent, FBI
*Printed name and title*

◯ The foregoing affidavit was sworn to before me and signed in my presence, or
◉ The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date:  03/17/2023

_____
*Judge's signature*

City and state:  Seattle, Washington

Theresa L. Fricke, United States Magistrate Judge
*Printed name and title*

# ATTACHMENT A

## Property to Be Searched

This Order applies to certain records (Voice, SMS and DATA connections) and information in the possession of T-Mobile, a cellular service provider headquartered in Bellevue, Washington, related to the following addresses of interest and those cellular telephone towers providing service to the below addresses during the listed dates and times. Please provide all the cellular telephone numbers whose timing advance data places them within a one-half mile radius from the below locations.

| Cell Towers | Dates | Times (PDT) |
|---|---|---|
| The cell towers that provided cellular service to 2210 Robinson Road, Woodland, WA 98674 | November 17, 2022 | 3:30 a.m. – 3:45 a.m. (PST)<br>5:00 a.m. – 6:00 a.m. (PST) |
| The cell towers that provided cellular service to 220 North Pekin Road, Woodland, WA 98674 | November 18, 2022 | 4:00 a.m. – 5:00 a.m. (PST) |
| The cell towers that provided cellular service to 1007 39th Ave SE, Puyallup WA 98374 | November 19, 2022 to November 20, 2022 | 11:00 p.m. (11/19/22) through 5:00 a.m. (11/20/22) (PST) |
| The cell towers that provided cellular service to 1669 2nd Avenue SW, Tumwater WA 98512 | November 22, 2022 | 3:45 a.m. –5:00 a.m. (PST) |
| The cell towers that provided cellular service to 16885 South Eaden Road, Oregon City, OR 97045 | November 24, 2022 | 12:50 a.m. to 1:50 a.m. (PST) |
| The cell towers that provided cellular service to 8396 SE Sunnyside Road Clackamas, OR 97015 | November 28, 2022 | 12:30 a.m. to 1:10 a.m. (PST) |

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ATTACHMENT B

### Particular Things to be Seized

**I.    Information to be Disclosed by the Provider**

For each cell tower described in Attachment A, T-Mobile is required to disclose to the United States records and other information (not including the contents of communications) about all communications made using the cellular towers identified in Attachment A during the corresponding timeframes listed in Attachment A, including records that identify:

      a.  the telephone call number and unique identifiers for each wireless device in the vicinity of the cell tower ("the locally served wireless device") that registered with the cell tower, including Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Numbers ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), and International Mobile Equipment Identities ("IMEI");

      b.  the source and destination telephone numbers associated with each communication (including the number of the locally served wireless device and the number of the telephone that called, or was called by, the locally served wireless device);

      c.  The date, time, and duration of each communication;

      d.  for each communication, the "sectors" (i.e. the faces of the towers) that received a radio signal from the locally served wireless device;

      e.  the date, time, and duration of each communication;

      f.  thee type of communication transmitted through the tower (such as voice, sms and data);

      g.  the approximate range of the target handsets from the cell tower (commonly referred to as range to tower, Real Time Tool (RTT), or per-call data measurement data, timing advance, True Call or NELOS); and

ATTACHMENT B-2

h.  the requested order should include all technologies (I.E.2G, 3G, 4G, and LTE). These records should include records about communications that were initiated before or terminated after the timeframe(s) identified in Attachment A if some part of the communication occurred during the relevant timeframe(s) listed in Attachment A.

## II.   Information to be Seized by the Government

All information described above in Section I that constitutes evidence of violations of Title 18, United States Code, Section 1366 (Destruction of an Energy Facility) and Title 18, United States Code, Section 371 (Conspiracy) during the period of November 17-28, 2022.

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant.

# AFFIDAVIT OF SAMUEL WHARTON

STATE OF WASHINGTON         )
                            )    ss.
COUNTY OF THURSTON          )

I, Samuel Wharton, a Special Agent with the Federal Bureau of Investigation, being duly sworn, state as follows:

## INTRODUCTION AND AGENT BACKGROUND

I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since September 2017. My current assignment is with the FBI Seattle Field Office, South Sound Joint Terrorism Task Force, investigating a variety of criminal and national security matters, including violent crimes and major offenses such as threats to human life, threats to damage property, actual and attempted bombings, and efforts to use violence in support of, or to counter, a particular ideology. My training and experience include a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. As an FBI agent, I have investigated several criminal violations, including narcotics trafficking, homicide, and international and domestic terrorism. I have also served as the affiant for search warrants, including search warrants for electronic evidence.

The facts set forth in this Affidavit are based on my personal knowledge; knowledge obtained from other individuals during this investigation, including other law enforcement officers; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. Because this Affidavit is submitted for the limited purpose of establishing probable cause in support of the application for search warrants, it does not set forth every fact that I, or others, have learned during this investigation.

//

//

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## PURPOSE OF AFFIDAVIT

I make this affidavit in support of an application for warrants for records and information associated with certain cellular towers ("cell towers"). The purpose of the warrants is to identify suspects who engaged in violations of Title 18, United States Code, Sections 1366 and 371 (Conspiracy to Damage Energy Facilities). The cell tower data is expected to allow investigators to identify the phones used by the subjects at the time of the offenses, which may allow investigators to identify the subjects themselves. The information requested is in the possession, custody, and/or control of T-Mobile, a cellular service provider headquartered in Bellevue, Washington.

This warrant request is a follow-up to a prior cell tower warrant issued by this Court. On December 16, 2022, Magistrate Judge J. Richard Creatura issued a cell tower warrant in case MJ22-5295. On January 30th, 2022, the FBI received the returns from T-Mobile, in case reference number 4163401. In the original warrant, we failed to request for T-Mobile to provide what is known as "timing advance measurement data." This data, as explained below, is more comprehensive than the other types of cell tower data that was requested in our original warrant. The purpose of this follow-up warrant is to add the request for timing advance measurement data in order to further investigate the identities of the potential perpetrators of the offenses under investigation.

## JURISDICTION

This Court has jurisdiction to issue the requested warrants because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## RELEVANT STATUTE

Title 18, United States Code, Section 1366 defines offenses for causing destruction to an "energy facility." Section (a) of the statute makes it a felony offense where one "knowingly and willfully damages or attempts or conspires to damage the property of an energy facility in an amount that in fact exceeds or would if the attempted offense had been

Affidavit of Special Agent Wharton - 2
USAO #2022R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  completed, or if the object of the conspiracy had been achieved, have exceeded $100,000, or

2  damages or attempts or conspires to damage the property of an energy facility in any amount

3  and causes or attempts or conspires to cause a significant interruption or impairment of a

4  function of an energy facility." Section (b) defines a lesser-included felony offense where

5  one "knowingly and willfully damages or attempts to damage the property of an energy

6  facility in an amount that in fact exceeds or would if the attempted offense had been

7  completed have exceeded $5,000." The term "energy facility" is defined as "a facility that is

8  involved in the production, storage, transmission, or distribution of electricity, fuel, or

9  another form or source of energy, or research, development, or demonstration facilities

10  relating thereto . . ." 18 U.S.C. § 1366(c).

11  ## BACKGROUND RELATING TO CELL TOWERS

12       In my training and experience, I have learned that T-Mobile is a company that

13  provides cellular communications service to the public. To provide this service, many

14  cellular service providers maintain antenna towers ("cell towers") that serve and provide

15  cellular service to devices that are within range of the tower's signals. Each cell tower

16  receives signals from wireless devices, such as cellular phones, in its general vicinity. By

17  communicating with a cell tower, a wireless device can transmit and receive

18  communications, such as phone calls, text messages, and other data. When sending or

19  receiving communications, a cellular device does not always utilize the cell tower that is

20  closest to it.

21       Based on my training and experience, I also know that each cellular device is

22  identified by one or more unique identifiers. For example, with respect to a cellular phone,

23  the phone will be assigned both a unique telephone number but also one or more other

24  identifiers such as an Electronic Serial Number ("ESN"), a Mobile Electronic Identity

25  Number ("MEIN"), a Mobile Identification Number ("MIN"), a Subscriber Identity Module

26  ("SIM"), a Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), an

27  International Mobile Subscriber Identifier ("IMSI"), or an International Mobile Equipment

28

Affidavit of Special Agent Wharton - 3
USAO #2022R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Identity ("IMEI"). The types of identifiers assigned to a given cellular device are dependent on the device and the cellular network on which it operates.

Based on my training and experience, I know that cellular providers such as T-Mobile routinely and in their regular course of business maintain historical records that allow them to determine which wireless devices used cellular towers on the cellular provider's network to send or receive communications. For each communication sent or received via the wireless provider's network, these records may include: (1) the telephone call number and unique identifiers of the wireless device that connected to the provider's cellular tower and sent or received the communication ("the locally served wireless device"); (2) the cellular tower(s) on the provider's network, as well as the "sector" (*i.e.*, face of the tower) to which the locally served wireless device connected when sending or receiving the communication; and (3) the date, time, and duration of the communication.

Based on my training and experience, I know that cellular providers such as T-Mobile can query their historical records to determine which cellular device(s) connected to a particular cellular tower during a given period of time and to produce the information described above. I also know that cellular providers can determine which cellular tower(s) provided coverage to a given location at a particular time.

Based on my training and experience and the above facts, information obtained from cellular service providers such as T-Mobile that reveals which devices used a particular cell tower (and, where applicable, sector) to engage communications can be used to show that such devices were in the general vicinity of the cell tower at the time the communication occurred. Thus, the records requested in this case may identify the cellular devices that were in the vicinity of the victim energy facilities at the time of the offenses. This information, in turn, will assist law enforcement in determining which persons were present for those offenses.

Based on my training and experience, I also know that T-Mobile collects timing advance measurement data in the normal course of business. Timing advance data estimates the approximate distance of the cellular device from a cellular tower based upon the speed

Affidavit of Special Agent Wharton - 4
USAO #2022R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  and time that it takes the cellular signals to travel from the cell tower to the device and back

2  to the tower. This information can be used to estimate the approximate location range. These

3  measurements are more precise than typical cell site records contained in call detail records.

4  This data helps identified the devices that are located very close to the cell tower and those

5  located at a greater distance.

6      T-Mobile can provide timing advance data for all the devices connected to a cell

7  tower for a specific time frame. A traditional tower dump includes only the cell tower and

8  sector (no distances) data and only covers voice and SMS connections. Timing advance data

9  often includes voice, SMS, and data activity. Users of cell phones are more actively engaged

10 in data connections than voice and SMS activity.

11     Based on my training and experience, I know that a large percentage of people whose

12 cellular devices connect to a cell tower as they pass within range may not be actively using

13 their devices to make calls or send text messages, but their devices will still connect to the

14 tower and utilize it for passive data connections. These devices would be identified through

15 timing advance data, but not through the previous cell tower data we requested, which would

16 only capture more active utilization of the tower through SMS or phone calls.

17     Based on my training and experience, I know that individuals engaged in criminal

18 activity do not typically pause or stop during that activity to make phone calls or send text

19 messages.  However, in the process of carrying out criminal acts, their cellular devices still

20 connect to the cell towers that serve the area they are in, and through data connections, are

21 still captured in timing advance data.

22 ## SUMMARY OF PROBABLE CAUSE

23 ### Extremist Propaganda Calling for Attacks on Energy Facilities

24     In July 2022, a publication was released online entitled "The Hard Reset." This

25 publication was distributed by groups and individuals that espouse a Racially or Ethnically

26 Motivated Violent Extremist (RMVE) ideology. The publication promotes an ideology

27 known as "accelerationism," which is the idea that society and/or nation states are headed for

28 an inevitable collapse and accelerationists should not wait for the collapse but should take

Affidavit of Special Agent Wharton - 5
USAO #2022R01352

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

1   actions to accelerate the collapse. Once this collapse occurs, RMVE groups could then start a
2   race war and establish a white ethnostate.

3       The "Hard Reset" publication includes detailed technological specifications
4   regarding different types of critical infrastructure, including water treatment plants, bridges,
5   railways, and energy facilities (such as electric substations), and their vulnerabilities. The
6   publication also provides detailed instructions on how "saboteurs" could best exploit these
7   vulnerabilities to damage or destroy these facilities. The publication advocates for saboteurs
8   to take steps to locate these facilities of critical infrastructure, identify their weak points, and
9   attack them to inflict substantial damage using firearms, arson, and other means.

10      Relevant to this investigation, the "Hard Reset" publication encourages followers to
11  attack energy facilities and, specifically, electrical substations, stating: "Electricity is the
12  main satiating tool the system uses to keep the masses from rioting. … Without power other
13  types of sabotage become very powerful and harder to repair, as such the impact of a
14  directed outage could exponentially increase the results of a saboteur's efforts." Regarding
15  electrical substations, the publication states:

16      Substations are a pillar of the electrical grid, responsible for the distribution,
17      transmission, collection, switching, and conversion depending on the type.
        Substations are publicly indexed and generally easy to find with any map
18      service. Some services will even provide additional information about a
19      substation. Google street view should be utilized. A saboteur should aim for
        specific targets while shooting at substations. The breaker is one such target,
20      itself being a giant sophisticated fuse for dealing with large amounts of voltage
21      when things go wrong elsewhere in the power grid. They result on filling a
        chamber with a non-conductive oil or gas in order to cut current off. They
22      won't be able to function without their oil. And can catch fire…aim for
23      damage to result not from electrical fires or faulting, but from overheating and
        oil fires. Radiators and cooling fans, pictured below, should also be targeted.
24      Other targets include oil pumps, oil conservator tank, and electronic controls.

25      The publication includes detailed photographs of transformers and other electrical
26  equipment, with their component parts labeled.

27
28

Affidavit of Special Agent Wharton - 6
USAO #2022R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

In recent months, there have been multiple incidents during which energy facilities in Southwest Washington and Northwest Oregon have been damaged using firearm, blunt objects, and/or arson. These incidents are described below.

**Location 1: 2210 Robinson Road Woodland, Washington**

On November 17, 2022, unknown subjects caused damage to the electric substation located at 2210 Robinson Road, Woodland, Washington 98674. This substation is owned and managed by the Cowlitz Public Utility District and receives its electricity from the U.S. Department of Energy, Bonneville Power Administration. The substation is responsible for distributing electricity to the town of Woodland and the surrounding areas.

On November 17, 2022, the unknown suspects cut their way through a barbed wire perimeter fence surrounding the substation. Once inside the yard, these individuals broke a window to gain access to the yard's control house.

 

Inside the control house, they manually manipulated the breakers that control the flow of electricity. Using a blunt object, the suspects also smashed the exposed, inner workings of the breaker towers, rendering multiple components inoperative and in need of either repair or replacement. This offense caused the interruption of electrical service for approximately 1,900 customers and set-off alarms at the Cowlitz Public Utility District

Headquarters. The Cowlitz Public Utility District estimates that the damage caused by this incident was between $50,000 and $60,000.

 

I have reviewed security footage from Woodland High School, which is located near the substation. Based on my review of security footage, at around 3:37 a.m. on November 17, 2022, a dark colored sedan drives slowly in and out of the school's bus turnaround point, which connects to the dirt access road that leads to the substation. This is a turn-around point for school busses located behind the high school, removed from any streets, and does not normally see traffic passing through, particularly in the early morning hours. At around 5:30 a.m., two individuals are observed walking on the dirt access road away from the substation immediately following the loss of power. They are picked up by the same above-referenced dark colored sedan, which then drives away from the scene. Due to the quality of the surveillance video, the time of day, and the clothing the subjects wore, investigators have been unable to identify suspects. The images below are snapshots of security camera footage from the incident.

Affidavit of Special Agent Wharton - 8
USAO #2022R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7



8

9       This substation is located down a dead-end road behind Woodland High School

10  and is only reachable by a dirt access road. There is essentially no traffic, either vehicle

11  or foot, that passes through the access road to the substation, especially during late night

12  hours. A construction site is adjacent to the substation but is only active during business

13  hours and was vacant at the time of the offense.

14       **Location 2: 200 North Pekin Road Woodland, Washington**

15       On November 18, 2022, unknown suspects caused damage to the electric

16  substation located at 200 North Pekin Road, Woodland, Washington 98674. This

17  substation is owned and operated by the Cowlitz Public Utility District and receives its

18  electricity from the Bonneville Power Administration. It is responsible for distributing

19  electricity to the town of Woodland and the surrounding areas.

20       On November 18, 2022, at approximately 4:30 a.m., unknown individuals forced

21  their way under the barbed wire perimeter fence of the substation. Once inside the yard,

22  the individuals broke a window to gain access to the control house.

23
24
25
26
27
28

Affidavit of Special Agent Wharton - 9
USAO #2022R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970




Inside the control house, they manually manipulated the breakers that control the flow of electricity. The suspects also used a blunt object to smash the exposed, inner workings of the breaker towers, rendering multiple components inoperative and in need of either repair or replacement. This resulted in the interruption of electrical service for approximately 1,700 people and set-off alarms at the Cowlitz Public Utility District headquarters. The Cowlitz Public Utility District estimates that the damage caused by this incident was between $50,000 and $60,000.




Affidavit of Special Agent Wharton - 10
USAO #2022R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    This substation is in a rural area, surrounded by woods and agricultural fields. As

2  such, there are no surveillance cameras in the area. A single, local road runs past the the

3  facility, which sees very little traffic during early morning hours.

4                    ### Location 3: 1007 39th Ave SE, Puyallup Washington

5    On November 20, 2022, unknown suspects caused damage to the Fairchild

6  Substation, located in the vicinity of 1007 39th Avenue SW, Puyallup, Washington 98374.

7  This substation is owned and operated by Puget Sound Energy and receives its electricity

8  from the Bonneville Power Administration. It is responsible for distributing electricity to the

9  City of Puyallup.



20    During this incident, the unknown suspects breached the perimeter fence and forced

21  open the door to the control house. Once inside, they dumped transmission fluid on the

22  substation relays and other equipment and attempted to use flares to ignite the fluid. The

23  bottle of transmission fluid, a spray nozzle, and burned-out flares were found on scene.

24

25

26

27

28

Affidavit of Special Agent Wharton - 11
USAO #2022R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

 

FBI Special Agents interviewed PSE foreman Jared Corey. According to Corey, because the incident did not cause any power outages, it initially went undetected until a routine PSE inspection on November 22, 2022. Corey stated that the damaged electronics and control house equipment needed replacement and repair and estimated the cost would run into the tens of thousands of dollars. Corey assessed that this offense could have caused power outages for approximately 10,000 residential and commercial customers for an extended period, including to the Centeris data storage center, which provides services to several major companies, and the adjacent Kaiser Permeate medical facility.

After the damage was detected, PSE engineers determined that the attack most likely occurred on November 20, 2022, at approximately 4:05 a.m. At that time, the engineers detected a systems anomaly in transmissions from the substation to PSE's homebase. The performance abnormality was consistent with damage inflicted on the substation communication relay, where a flare was placed causing damage to the transmission box and melting surrounding wires.

The Fairchild substation is set back from the nearest roadway and bordered by trees on three sides. It is accessed only by a gravel road that leads off the nearest paved road. Beyond the trees, the substation is area is bordered mainly by large parking lots and an

Affidavit of Special Agent Wharton - 12
USAO #2022R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   apartment complex. The area sees some traffic during the day, but very little at night while

2   local businesses are closed.

3   ### Location 4: 1669 2nd Avenue SW, Tumwater, Washington

4   On November 22, 2022, unknown suspects caused damage to the electric substation

5   located at 1669 2nd Avenue SW, Tumwater, Washington 98512. This substation is owned

6   and operated by Puget Sound Energy and receives its electricity from the Bonneville Power

7   Administration.  It is responsible for distributing electricity to the city of Tumwater.

 

19   The unknown suspects damaged the Tumwater Substation using a firearm.

20   Specifically, the suspects shot three 9mm Luger rounds at the electrical equipment from

21   outside the perimeter fence. At 4:52 am., the local Puget Sound Energy Substation

22   Operations Inspector responded to an alarm that was triggered at the Tumwater Substation.

23   The inspector discovered fluid leaking from one of the radiator fins of the substation

24   transformer. The radiator had been punctured three times by what appeared to be bullet

25   holes.

26   A few minutes earlier, at 4:27 a.m., residents living near the Tumwater Substation

27   reported hearing three gunshots being fired in the area. Responding police officers

Affidavit of Special Agent Wharton - 13
USAO #2022R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

discovered three recently fired 9mm bullet casings along the perimeter fence of the Tumwater Substation, approximately 35-40 feet away from the points of impact on the transformer radiator.



Initial estimates from Puget Sound Energy are that the damage caused by this offense is over $250,000. The damage to the transformer caused a widespread power outage for 5,200 local residences for approximately 24 hours.

Investigators reviewed security camera footage from nearby businesses and residences; however, those cameras did not capture individuals approaching or departing the Tumwater Substation. As a result, investigators have not been able to identify the suspects.

The Tumwater Substation is located behind a Walgreens pharmacy, between a roadway and Barnes Lake. Two sides of the substation are surrounded by empty fields, bordered by thick trees. The roadway and surrounding area are active during the day, but see little traffic at night while all local businesses are closed.

### Location 5: 16885 South Eaden Road Oregon City, Oregon

On November 24, 2022, shortly after 1:00 a.m., unknown suspects caused damage to the electric substation located at 16885 South Eaden Road Oregon City, Oregon. This substation is owned by the Bonneville Power Administration. It serves as a critical main-grid substation that directly connects and supplies power to four major BPA substations and one major Portland General Electric substation. BPA's initial estimate is that the cost to repair the damage is at least $1,000,000.

Affidavit of Special Agent Wharton - 14
USAO #2022R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

On November 24, 2022, at 1:06 a.m., BPA received an alert which indicated that a motion alarm had been triggered at the Oregon City substation. The substation was equipped with multiple infrared (IR) cameras that monitored the perimeter and fence. A BPA employee checked the cameras and observed two heat signatures on the exterior of the property. At approximately 4:00 a.m., BPA received a low-oil alarm from a separate system that monitors the substation's electrical equipment. This system also indicated that some of the substation's equipment was losing voltage on at least one reactor.

BPA dispatched substation operators to respond to the alarm. Upon arrival, they discovered a hole cut in the perimeter fence of the energized yard and cooling oil leaking from one of the reactor units. BPA employees alerted the Clackamas County Sherriff's Office, and a Deputy was dispatched to the site. The Deputy discovered that the Phase A reactor unit sustained three bullet holes to the cooling radiators, with oil leaking on the ground. The Phase B reactor had one bullet hole and was also leaking oil. Investigators recovered fourteen 9mm shell casings in the energized yard – twelve were found near the reactor banks and two were found inside the yard near the hole in the fence.[1]

---

[1] The Clackamas County Sheriff's Office entered the 9mm casings into Integrated Ballistics Identification System (IBIS). There were no matches in the system. The 9mm casings were swabbed for DNA and the collection was sent to the Oregon State Police Crime Lab for analysis, which is still pending.

Affidavit of Special Agent Wharton - 15
USAO #2022R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970






A review of the IR camera footage showed two suspects walking up and cutting into the perimeter fence at approximately 1:08 a.m. It took the suspects approximately 30 minutes to cut through the fence and gain entry to the yard.

Affidavit of Special Agent Wharton - 16
USAO #2022R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14



15
16
17
18
19
20
21
22
23
24
25
26
27
28



Affidavit of Special Agent Wharton - 17
USAO #2022R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   Soon after entering the yard, one of the two suspects holds an object in the air and
2   walks around the yard with it for approximately one minute. Investigators believe this object
3   to be a cellular phone that the subject is using to take a video or photographs. The belief that
4   the object is a phone – instead of another item – is based on the facts that: the manner in
5   which the suspect holds the item with one hand, keeping it still for several moments, is
6   consistent with taking a video or photograph; the area where the suspect was standing was
7   well-lit by flood lights, so there was no need for the suspect to use a flashlight or similar
8   device; there were no shell casings recovered in this area; and the manner in which the
9   suspect holds the device is not consistent with a firearm.

10   The suspects continued to move west across the yard and exited the field of view of the
11   camera approximately fifteen feet from where twelve of the 9mm shell casings were
12   recovered. About one minute later, the suspects reenter the camera's view and are seen
13   running across the yard back to the hole in the perimeter fence.



27   The camera footage shows one of the two suspects stopping before climbing back
28   through the fence. The suspect raises an object in the air; the outline of this object resembles

Affidavit of Special Agent Wharton - 18
USAO #2022R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

a firearm. This is the same location where two of the 9mm shell casings were recovered. As a result, investigators believe that the suspect fired at least two rounds at this time.



At approximately 1:41 a.m., the subjects are seen walking north along the exterior of the perimeter fence in the direction of the main access road for the substation.

Affidavit of Special Agent Wharton - 19
USAO #2022R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



The Oregon City substation is in a remote, rural area. The substation is surrounded by agriculture fields and wooded areas. There is virtually no traffic that passes close to the substation, either vehicle or foot, at any time of day or night.

**Location 6: 8396 SE Sunnyside Road Clackamas, Oregon**

On November 28, 2022, at approximately 12:49 a.m., unknown suspects caused damage to the electrical substation located at 8396 Southeast Sunnyside Road Clackamas, Oregon. This substation is owned and operated by Portland General Electric. The damage caused by the suspects de-energized the substation's two transmission sources, resulting in a power outage to 6,337 industrial, commercial, and residential customers in the Clackamas area.

During this incident, two unknown suspects cut through a perimeter fence and gained entry to the yard. Once inside the yard, the suspects broke into the control house. Using a blunt object, they smashed the exposed, inner workings of the supervisory control and data acquisition system ("SCADA"), which controls industrial processes such as the gathering of

Affidavit of Special Agent Wharton - 20
USAO #2022R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | data in real time from remote locations to control equipment and conditions. The attackers

2 | also damaged a computer screen and other equipment rendering multiple components

3 | inoperative and in need of repair or replacement. According to Portland General Electric, the

4 | offense caused a power outage in the surrounding area and damages of approximately

5 | $26,000.






The Clackamas Country Sherriff's Office responded to the scene and obtained

security camera footage from a nearby business. FBI agents reviewed the video and observed

that at approximately 12:37 a.m., at least two unknown suspects entered the camera view

wearing dark clothing. They approached the substation's exterior fence near where it had

been cut open. One of the suspects crouches down by the fence for several minutes. At

Affidavit of Special Agent Wharton - 21
USAO #2022R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    approximately 1:02 a.m., one of the suspects appears to climb through the fence and walks

2    towards the substation control room building, which was ultimately damaged. The video

3    ends at 1:05 a.m.

4          This substation is in a populated area with arterial roadways on the north and west

5    sides. The substation is surrounded by businesses. However, none of the business were open

6    from midnight to 2:00 a.m. at the time of the attack. The roadways and surrounding area are

7    active during the day but see little traffic at night while all local businesses are closed.

8                    **Connections Between the Attacks at the Substations**

9          Based on the FBI's investigation to date, I submit there is probable cause to believe

10   that the six incidents under investigation are part of a conspiracy to damage electrical

11   substations in Southwest Washington and Northwest Oregon. There are several reasons to

12   believe that these incidents are related as part of a conspiracy.

13         First, the tactics used by the suspects are consistent with the methodologies called for

14   by the Hard Reset publication. Specifically, the various attacks have used means of firearms,

15   arson, damaging substation control house equipment, and causing leaks to oil tanks, all of

16   which are specifically outlined in the Hard Rest.

17         Second, for each of the incidents where surveillance camera footage is available

18   (Locations 1, 5, and 6), there appeared to be two suspects who were wearing dark clothing.

19   These incidents spanned both the Western District of Washington and the District of Oregon.

20         Third, the means used by the suspects were consistent across certain incidents. For

21   example, the attacks at Location 4 (Tumwater, Washington) and Location 5 (Oregon City,

22   Oregon) involved the use of firearms to shoot holes in the substation radiators, causing oil to

23   leak. Moreover, both attacks were committed using a 9mm firearm. Likewise, the attacks at

24   Locations 1 and 2 (Woodland, Washington) and Location 6 (Clackamas, Oregon) were

25   similar in that the suspects broke through the substation perimeter fences, broke into the

26   control houses, and used blunt objects to damage the electrical equipment, causing power

27   outages.

28

Affidavit of Special Agent Wharton - 22
USAO #2022R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    Lastly, BPA employees have told the FBI that the number of attacks in this type of
2  concentrated period is highly unusual. This suggests that the attacks are part of a coordinated
3  effort as opposed to random individual events.

4                    **Returns on the Original Cell Tower Warrant**

5    This warrant request is a follow-up to the prior cell tower warrant issued by this
6  Court. On December 16, 2022, Magistrate Judge J. Richard Creatura issued a geofence and
7  tower dump warrant in case MJ22-5295. On January 30th, 2022, the FBI received the returns
8  from T-Mobile, in case reference number 4163401.

9    The returns provided telephone numbers and unique identifiers for each wireless
10  device in the vicinity of the identified cell towers, the sectors that received a radio signal for
11  each communication, and the date, time, and duration of each communication. The returns
12  only identified cellular devices that had connected to the cellular towers and utilized them for
13  active SMS and phone calls. The returns identified the location of these devices by sector,
14  but not by distance from the towers.

15    The returns did not include devices that connected to the towers using timing advance
16  data. Were that data included, the number of responsive devices would be larger, as not
17  every cellular device that connects to a tower sends active SMS or call data while connected.
18  By requesting timing advanced data in this warrant, we expect the returns to provide
19  significantly more investigative leads than the original cell tower data returns.

20              **INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED**

21    Based on the foregoing, I request that the Court issue the proposed cell tower search
22  warrants pursuant to 18 U.S.C. § 2703(c). I further request that the Court direct T-Mobile, to
23  disclose to the government any information described in Section I of Attachment B that is
24  within their possession, custody, or control.

25    As described in Attachment A, the requested warrant would require the disclosure of
26  records and information relating to the cell towers providing service at the following
27  locations, including all the cellular telephone numbers whose timing advance data places
28  them with a one-half mile radius from the below locations.

Affidavit of Special Agent Wharton - 23
USAO #2022R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Location | Date | Times |
|---|---|---|
| The cell towers that provided cellular service to 2210 Robinson Road, Woodland, WA 98674 | November 17, 2022 | 3:30 a.m. – 3:45 a.m. (PST) 5:00 a.m. – 6:00 a.m. (PST) |
| The cell towers that provided cellular service to 220 North Pekin Road, Woodland, WA 98674 | November 18, 2022 | 4:00 a.m. – 5:00 a.m. (PST) |
| The cell towers that provided cellular service to 1007 39th Avenue SE, Puyallup, WA 98374 | November 19-20, 2022 | 11:00 p.m. on November 19, 2022, through 5:00 a.m. on November 20, 2022. |
| The cell towers that provided cellular service to 1669 2nd Avenue SW, Tumwater, WA 98512 | November 22, 2022 | 3:45 a.m. –5:00 a.m. (PST) |
| The cell towers that provided cellular service to 16885 South Eaden Road, Oregon City, OR 97045 | November 24, 2022 | 12:50 a.m. to 1:50 a.m. (PST) |
| The cell towers that provided cellular service to 8396 SE Sunnyside Road Clackamas, OR 97015 | November 28, 2022 | 12:30 a.m. to 1:10 a.m. (PST) |

Affidavit of Special Agent Wharton - 24
USAO #2022R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**REQUEST FOR SEALING**

I further request this Court issue an order sealing all papers submitted in support of the requested search warrants, including the application, this affidavit, the attachments, and the requested search warrants. I believe sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may cause the culpable person(s), or others associated with the culpable person(s) to flee from prosecution, cause destruction of or tampering with evidence, or otherwise seriously jeopardize this investigation. Premature disclosure of the contents of the application, this affidavit, the attachments, and the requested search warrants may adversely affect the integrity of the investigation.

**CONCLUSION**

Based on the forgoing, I request that the Court issue the proposed warrants, pursuant to pursuant to Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 2703.

Pursuant to 18 U.S.C. § 2703(g), the government will execute the warrants by serving the warrants on T-Mobile. Because the warrants will be served on these providers, who will then compile the requested records and data, reasonable cause exists to permit the execution of the requested warrants at any time in the day or night.  I therefore further request that the Court authorize execution of the warrants at any time of day or night. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of these warrants.

Accordingly, by this affidavit and application I seek authority for the government to seize the items specified in Attachment A (attached hereto and incorporated by reference herein) to the warrants. I further request that the Court direct T-Mobile to disclose to the government any information described in Attachment A that is within their possession, custody, or control. I also request that the Court direct these providers to furnish the government all information, facilities, and technical assistance necessary to accomplish the collection of the information described in Attachment A unobtrusively and with a minimum of interference with its services.

Affidavit of Special Agent Wharton - 25
USAO #2022R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    I declare under penalty of perjury that the statements above are true and correct to the

2  best of my knowledge and belief.

3

4

5

6

7                                    SAMUEL WHARTON
                                     Special Agent, FBI
8

9    The above-named agent provided a sworn statement to the truth of the foregoing

10  affidavit by telephone on the __17th__ day of March, 2023.

11

12

13

14                                   THERESA L. FRICKE
                                     United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Affidavit of Special Agent Wharton - 26
USAO #2022R01352